IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN OVERTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-1027 |
| v. | ) | |
| | ) | Judge Lancaster |
| UNITED STATES OF AMERICA, | ) | |
| | ) | *(Electronic Filing)* |
| Defendant. | ) | |

**ORDER**

AND NOW, to wit, this 28th day of July, 2008, the parties having stipulated and agreed that the above-captioned case be dismissed with prejudice, each party to bear its own costs, it is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE